OPINION — AG — **** COMMISSIONERS OF LAND OFFICE — AUTHORITY TO ENTER INTO LEASE AGREEMENTS **** THE COMMISSIONERS OF THE LAND OFFICE HAS THE AUTHORITY TO MAKE AND ENTER INTO A LEASE AGREEMENT WITH THE DEPARTMENT OF AGRICULTURE, FORESTRY DIVISION, FOR A TERM OF TEN (10) YEARS UNDER THE TERMS AND CONDITIONS SET FORTH IN 2 O.S. 1971 1301-301 [2-1301-301] AND 2 O.S. 1971 1301-302 [2-1301-302](B) CITE: 64 O.S. 1971 259 [64-259] (MARVIN C. EMERSON)